| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| PEEL BRIMLEY, LLP<br>STEVEN D. MEACHAM, ESQ.,<br>3333 EAST SERENE AVENUE, STE # 200<br>HENDERSON, NV 89074 | | |
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No.<br>PEEL/168838 | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, CA

PLAINTIFF:

PROJECT DEVELOPMENT

DEFENDANT:

SONOMA COUNTY JUNIOR COLLEGE

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 2987 JL |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS IN A CIVIL CASE, COMPLAINT FOR DAMAGES, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE ADR DEADLINES

ON: SONOMA COUNTY JUNIOR COLLEGE DISTRICT

AT 1505 MENDOCINO AVENUE
SANTA ROSA, CA 94501

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
CURTIS L. GRONINGA, AGENT FOR SERVICE - 55-60ish, 155-160#, 5'11", salt & pepper hair, Cauc. male, brown hair with glasses

ON: 06/28/2007
AT: 12:00 pm

Manner of service in compliance with Federal Code of Civil Procedure.



JULIE ANNE MAGDOWSKI
Commission # 1646018
Notary Public - California
Sonoma County
My Comm. Expires Mar 13, 2010

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ___ DAY OF JULY 2007
BY _____
NOTARY PUBLIC

Fee for Service:
County: SONOMA COUNTY
Registration No.: P-342
LEGAL WINGS
1118 FREMONT STREET
LAS VEGAS, CA 89101
(800) 368-0305 x106

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on July 10, 2007.

Signature: _____
JUDITH A SEDGWICK

PROOF OF SERVICE

Order#: SCA2357/GProof38