NOEL J. SHUMWAY, ESQ. (SBN 142897)
PATRICK C. WILSON, ESQ. (SBN 100487)
SCHOOL AND COLLEGE LEGAL SERVICES OF CALIFORNIA
5350 Skylane Boulevard
Santa Rosa, California 95403
(707) 524-2690
(707) 578-0517 FAX
pwilson@sclscal.org

Attorneys for Defendant SONOMA COUNTY JUNIOR COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT DEVELOPMENT GROUP, INC., a Pennsylvania corporation<br><br>Plaintiff,<br><br>vs.<br><br>SONOMA COUNTY JUNIOR COLLEGE DISTRICT, of the County of Sonoma, State of California,<br><br>Defendant. | CASE NO: C 07-02987 JL<br><br>**DECLARATION OF PATRICK C. WILSON IN SUPPORT OF RULE 12(b)(3) MOTION TO DISMISS BASED ON IMPROPER VENUE** |

I, Patrick C. Wilson, declare:

1. I have personal knowledge of the facts stated below unless otherwise indicated.

2. Attached as Exhibit A to the Complaint in this case is what plaintiff asserts is a true copy of the contract. However, that exhibit states that the Contract Documents consist of various additional documents including the Instructions to Bidders for the project that is the subject of this case. Attached as Exhibit 1 hereto is a true and correct copy of the Instructions to Bidders for the project, which I obtained from the College.

3. The work that is the subject of this case occurred at the Plover Library, which is located on the campus of Santa Rosa Junior College in Sonoma County. Many of the witnesses regarding this contract dispute work for the College in Sonoma County and many of the relevant documents are located in Sonoma County as well.

I declare under penalty of perjury that the foregoing is true and correct .

Dated: 7-17-07

Patrick C. Wilson

# INSTRUCTIONS TO BIDDERS

**Bid Proposals:**

No bid proposals shall receive consideration by the Sonoma County Junior College District (hereinafter "District") for the Plover Asbestos Removal project unless made in accordance with the following instructions:

1. Deadline For Receipt of Proposals. Bid proposals must be sealed and filed with the District Purchasing Office located at 1990 Armory Dr., Santa Rosa, California no later than 2:00 p.m., Monday, September 11, 2006. The District suggests that bids be hand delivered in order to ensure their timely receipt. Any bids received after the time stated shall not be opened and shall be returned, sealed, to the bidder.

2. Bidders Conference A bidders conference will be held on Tuesday, September 5, 2006 at 10:00 a.m., for the purpose of acquainting all prospective bidders with the bid documents and the work site. The conference will begin at the Facilities and Operations Maintenance Yard, 1880 Armory Dr., Santa Rosa, California. It is imperative that all prospective bidders attend this conference. Bidders will be held responsible for all information reviewed at this conference. Following this meeting, a site review will be conducted to acquaint bidders with the project. Submission of a bid constitutes acceptance of this term.

3. Requests for Information. Any questions relative to the bid should be in writing and directed to the contacts listed in items 38 and 39 of the Instructions to Bidders.

4. Bid Proposal Forms. Bid proposals must be made on a form obtained from the District. All items on the form should be filled out. Numbers should be stated in figures, and the signatures of all individuals must be in long hand. The completed form should be without interlineation, alterations, or erasures. Documents to be submitted with the Bid Proposal Form are: Noncollusion Affidavit, Worker's Compensation Certificate, Bidder's Questionnaire.

5. Execution of Forms. Each bid must give the full business address of the bidder and must be signed by the bidder or bidder's authorized representative with his or her usual signature. Bids by partnerships must furnish the full names of all partners and must be signed in the partnership name by a general partner with authority to bind the partnership in such matters. Bids by corporations must be signed with the legal name of the corporation, followed by the signature and designation of the president, secretary, or other person authorized to bind the corporation in this matter. The name of each person signing shall also be typed or printed below the signature. When requested by the District, satisfactory evidence of the authority of the officer signing on behalf of the corporation shall be furnished. A bidder's failure to properly sign required forms may result in rejection of the bid. All bids must include the bidder's contractor's license number and expiration date.



EXHIBIT 1

6. Bid Security. Bid proposals should be accompanied by a certified or cashier's check or bidder's bond for an amount not less than ten percent (10%) of the bid amount. The certified or cashier's check or bid bond shall be made payable to the order of the District. If the bid bond accompanies the proposal, the bond shall be secured by an admitted surety company, licensed in the State of California, satisfactory to the District. If the Bidder chooses to submit a payment bond, such bond shall be submitted on the bid form included in the Contract Documents unless the District, at its sole discretion, elects to waive the use of the provided form. The certified or cashier's check or bond shall be given as a guarantee that the bidder will enter into the contract if awarded the work, and in the case of refusal or failure to enter into the contract within ten (10) calendar days after notification of the award of the contract, the District shall have the right to award to another bidder. If the bidder fails or refuses to timely enter into the contract, the District reserves the right to declare the bid bond forfeited and to pursue all other remedies in law or equity relating to such breach including, but not limited to, seeking recovery of damages for breach of contract. Failure to provide bid security, or bid security in the proper amount, will result in rejection of the bid.

7. Withdrawal of Bid Proposals. Bid proposals may be withdrawn by the bidders prior to the time fixed for the opening of bids, but may not be withdrawn for a period of sixty (60) days after the opening of bids.

8. Addenda or Bulletins. Any addenda or bulletins issued during the time of bidding shall form a part of the drawings and specifications issued to bidders for the preparation of their proposals and shall constitute a part of the Contract Documents. No addendum will be issued on such requests received later than five (5) days before the scheduled opening of bids.

9. Award of Contract. The District reserves the right to reject any and all bid proposals to contract work with whomever and in whatever manner the District decides, to abandon the work entirely and to waive any informality or non-substantive irregularity as the interest of the District may require.

10. Bonds. The successful bidder shall be required to submit payment and performance bonds as specified in the Contract Documents. All required bonds shall be calculated on the maximum total purchase price. A bidder's failure to submit the bonds requested shall result in rejection of the bid proposal.

11. Rejection of Bids and Award of Contract. The District reserves the right to waive any irregularities in the bid and the right to accept or reject any and all bids, or to accept or reject any portion or combination thereof, when to do so is in its own best interest. The Contract will be awarded within sixty (60) calendar days after opening of Bids to the lowest responsible Bidder complying with the requirements of the Contract Documents, subject to Governing Board approval. The time for awarding the Contract may be extended by the District with the consent of the lowest responsible Bidder.

12. Execution of Contract. The successful bidder shall, within ten (10) calendar days of notice of award of the contract, sign and deliver to the District the executed contract along with the bonds and certificates of insurance required by the Contract Documents. In the event the bidder to whom an award is made fails or refuses to execute the contract within ten (10) calendar days from the date of receiving notification that the contract has been awarded to the bidder, or fails to provide the required bonds and certificates, the District may declare the bidder's bid deposit or bond forfeited as damages caused by the failure of the bidder to enter into the contract, and may award the work to the next lowest responsible bidder, or may reject all bids and, at its sole discretion, call for new bids.

13. Drawings and Specifications. Each bidder shall be required to return to the District all drawings and specifications in an unmutilated condition and without any marks or annotations. All drawings, specifications and other documents used or prepared during the project shall be the exclusive property of District.

14. Evidence of Responsibility. Upon the request of the District, a bidder shall submit promptly to the District satisfactory evidence showing the bidder's financial resources, the bidder's experience in the type of work being required by the District, the bidder's organization available for the performance of the contract and any other required evidence of the bidder's qualifications to perform the proposed contract. The District may consider such evidence before making its decision awarding the proposed contract. Failure to submit evidence of a bidder's responsibility to perform the proposed contract may result in rejection of the bid.

15. Taxes. Taxes shall be included in the bid prices. The District will pay only the State sales and use taxes. Federal excise taxes are not applicable to public school and college districts.

16. Bid Exceptions. All exceptions which are taken in response to this bid must be stated clearly. The taking of bid exceptions or providing false, incomplete or unresponsive statements may result in the disqualification of the bid. Allowance of exceptions will be determined by the governing board, whose decisions shall be final. Any modifications not requested may result in the bid being termed non-responsive. Any bid exceptions or additional conditions requested after bid closure, which are not detailed within the bid response, may result in disqualification of the bid. No oral or telephonic modification of any bid submitted will be considered and a sealed telegraphic modification may be considered only if received prior to opening of bids. Faxed or emailed bids or modifications will not be accepted.

17. Discounts. Any discounts which the bidder desires to provide the District must be stated clearly on the bid form itself so that the District can calculate properly the net cost of the bid proposal. Offers of discounts or additional services not delineated on the bid form will not be considered by the District in the determination of the lowest responsible bidder.

18. Quantities. The quantities shown are approximate. The District reserves the right to increase or decrease quantities as desired.

19. Prices. Bidders must quote prices F.O.B. Destination unless otherwise noted. Prices should be stated in the units specified and bidders should quote each item separately.

20. Samples. On request, samples of the products being bid shall be furnished to the District.

21. Special Brand Names/Substitutions. In describing any item, the use of a manufacturer or special brand does not restrict bidding to that manufacturer or special brand, but is intended only to indicate quality and type of item desired, except in those instances where the product is designated to match others in use on a particular public improvement either completed or in the course of completion or as otherwise provided in subdivision (b) of Section 3400 of the Public Contract Code, Bidders may furnish any material, product, thing or service of comparable quality or utility. Substitute products will be considered either prior to or after the award of the contract in accordance with Section 3400 of the Public Contract Code and as set forth in either the Supplemental Conditions or the Specifications. All data substantiating the proposed substitute as an "equal" item must be submitted with the written request for substitution The District reserves the right to make all decisions on product and vendor selection.

22. Container Costs and Delivery. All costs for containers shall be borne by the bidder. All products shall conform to the provisions set forth in the federal, county, state and city laws for their production, handling, processing and labeling. Packages shall be so constructed in ensure safe transportation to point of delivery.

23. Bid Negotiations. A bid response to any specific item of this bid with terms such as "negotiable", "will negotiate" or similar, will be considered as non-compliance with that specific term.

24. Prevailing Law. In the event of any conflict or ambiguity between these instructions and state or federal law or regulations, the latter shall prevail. Additionally, all equipment to be supplied or services to be performed under the bid proposal shall conform to all applicable requirements of local, state and federal law, including, but not limited to, California Labor Code Sections 1771, 1778 and 1779.

25. Governing Law and Venue. In the event of litigation, the bid documents, specifications and related matters shall be governed by and construed in accordance with the laws of the State of California. Venue shall be with the appropriate state or federal court located in Sonoma County, California.

26. Subcontractors. Pursuant to the Subletting and Subcontracting Fair Practices Act, Public Contract Code Sections 4100-4114, inclusive, every bidder shall, on the enclosed form set forth:

   a. The name and location of the place of business of each subcontractor who will perform work or labor or render service to the bidder in or about the work in an amount in excess of one-half (1/2) of the one percent (1%) of the bidder's total bid.

b. The portion of the work which will be done by each subcontractor. If the bidder fails to specify a subcontractor for any portion of the work to be performed under the contract in excess of one-half (1/2) of one percent (1%) of the bidder's total bid, bidder agrees that bidder is fully qualified to and will perform that portion of the work. The successful bidder shall not, without the consent of the District, and in compliance with Public Contract Code Sections 4100 - 4114, either:

1) Substitute any person as subcontractor in place of the subcontractor designated in the original bid;

2) Permit any subcontract to be voluntarily assigned or transferred or allow the work to be performed by anyone other than the original subcontractor listed in the bid; or

3) Sublet or subcontract any portion of the work in excess of one-half (1/2) of one percent (1%) of the total bid as to which the bidder's original bid did not designate a subcontractor.

27. Examination of Contract Documents and Work Site. Before submitting a bid proposal, bidders shall examine the contract, the drawings, the specifications and other Contract Documents. Bidders shall visit the site of the proposed work and shall fully inform themselves of all conditions in and about the work site, the building or buildings, if any, and any work that may have been done thereon. However, no bidder shall visit the site without prior authorization. All bidders are requested to contact the District Superintendent or designee for coordination of site visits. Submission of a bid proposal constitutes acceptance of the terms of this provision.

28. Form of Contract. The bidder selected by the District will be required to execute a contract in form and substance substantially similar to that included in the bidding package. The contract and other documents are subject to the approval of the District and its legal counsel.

29. Licenses. Each bidder, and their subcontractors, if any, must possess all appropriate and required licenses or other permits to perform the work as identified in contract documents. Upon request, each bidder shall furnish the District with evidence demonstrating possession of the required licenses or permits. Failure to submit such evidence to the district's satisfaction may result in rejection of the bid.

30. Denial of Right to Bid. Contractors or subcontractors who have violated state law governing public works shall be denied the right to bid on this public work contract as set forth in California Labor Code Section 1777.7.

31. Bidders Interested in More Than One Bid. No person, firm, or corporation shall be allowed to make, or file, or be interested in more than one bid unless alternate bids are specifically

called for. A person, firm, or corporation that has submitted a subproposal to a bidder, or that has quoted prices of materials to a bidder, is not thereby disqualified from submitting a sub-proposal or quoting prices to other bidders or make a prime proposal.

32. Contractor's State License Board. Contractors are required by law to be licensed and regulated by the Contractors' State License Board. Any questions concerning a contractor may be referred to the Registrar, Contractors' State License Board, P. O. Box 26000, Sacramento, California 95826.

33. Labor Compliance Program. This contract is not subject to a labor compliance program, as described in subdivision (b)of Section 1771.5 of the Labor Code. If this contract is subject to the requirements of Section 1771.7 of the Labor Code, the District to is required initiate and enforce a labor compliance program, as described in subdivision (b) of Section 1771.5 of the Labor Code. The law requires that District's labor compliance program shall include, but not be limited to, the following requirements:

a. All bid invitations and public works contracts shall contain appropriate language concerning the requirements of this chapter.

b. A pre-job conference shall be conducted with the contractor and subcontractors to discuss federal and state labor law requirements applicable to the contract.

c. Project contractors and subcontractors shall maintain and furnish, at a designated time, a certified copy of each weekly payroll containing a statement of compliance signed under penalty of perjury.

d. The District shall review, and, if appropriate, audit payroll records to verify compliance with this chapter.

e. The District shall withhold contract payments when payroll records are delinquent or inadequate.

f. The District shall withhold contract payments equal to the amount of underpayment and applicable penalties when, after investigation, it is established that underpayment has occurred.

34. Additive and Deductive Items: Method of Determining Lowest Bid. Pursuant to Public Contract Code section 20103.8, should this bid solicitation include additive and/or deductive items, the checked [X] method shall be used to determine the lowest bid:

___X____ (a) The lowest bid shall be the lowest bid price on the base contract without consideration of the prices on the additive or deductive items.

________ (b) The lowest bid shall be the lowest total of the bid prices on the base contract and those additive or deductive items that were specifically identified in the bid solicitation [see bid proposal form] as being used for the purpose of determining the lowest bid price.

________ (c) The lowest bid shall be the lowest total of the bid prices on the base contract and those additive or deductive items taken in order from a specifically identified list of those items that, when in the solicitation, and added to, or subtracted from, the base contract, are less than, or equal to, a funding amount publicly disclosed by the local agency before the first bid is opened.

________ (d) The lowest bid shall be determined in a manner that prevents any information that would identify any of the bidders or the proposed subcontractors or suppliers from being revealed to the public entity before the ranking of all bidders from lowest to highest has been determined.

If no method is checked, sub-paragraph (a) shall be used to determine the lowest bid.

Notwithstanding the method used by the District to determine the lowest responsible bidder, the District retains the right to add to or deduct from the contract any of the additive or deductive items included in the bid solicitation.

35. Bid Protest. Any bid protest must be in writing and received by the District Office before 5:00 p.m. no later than three working days following Bid opening and must comply with the following requirements:

a. The bid protest must contain a complete statement of the basis for the protest, and all supporting documentation.

b. The party filing the protest must have actually submitted a bid for the project. A subcontractor of a bidder submitting a Bid for the project may not submit a bid protest. A bidder may not rely on the bid protest submitted by another bidder, but must timely pursue his or her own protest.

c. The protest must refer to the specific portion or portions of the contract documents upon which the protest is based.

d. The protest must include the name, address and telephone number of the person representing the protesting bidder if different from the protesting bidder.

e. The bidder filing the protest must concurrently transmit a copy of the bid protest document and all supporting documentation, as required above, to all other bidders with a direct financial interest which may be affected by the outcome of the protest, including all other bidders who appear to have a reasonable prospect of receiving an award depending upon the outcome of the protest.

f. The bidder whose bid has been protested may submit a written response to the bid protest. Such response shall be submitted to the District no later than 5 p.m., no later than three (3) working days after the deadline for submission of the bid protest, as set forth above, and shall include all supporting documentation. Such response shall also be transmitted concurrently to the protesting bidder and to all other bidders who appear to have a reasonable prospect of receiving an award depending upon the outcome of the protest.

g. The procedure and time limits set forth in this section are mandatory and are the bidder's sole and exclusive remedy in the event of bid protest. The bidder's failure to comply with these procedures shall constitute a waiver of any right to further pursue the bid protest, including filing a Government Code Claim or legal proceedings. A bidder may not rely on a protest submitted by another bidder, but must timely pursue its own protest.

h. If the District determines that a protest is frivolous, the protesting bidder may be determined to be non-responsible and that bidder may be determined to be ineligible for future contract awards by the District.

*i. A "working day" for purposes of this section means a weekday during which the District's office is open and conducting business, regardless of whether or not College classes are in session.*

36. Waste Reduction/Recycling. The contractor shall work with the SRJC Grounds Manager to develop a plan to maximize the recycling of materials used in the construction of or generated as a result of demolition of existing facilities in this project. This shall include the contractor's accurate and timely generation of waste tonnages in a form and manner acceptable to the Grounds Manager so that the District may meet the statutory requirements of AB75. All relevant data shall be supplied to the District prior to the release of any final retention of funds.

37. Time for Completion

The starting date of the Contract shall be the day listed by the District in the Notice to Proceed and the Contractor shall fully complete all the work before the expiration of 30 calendar days from said starting date.

Time is of the essence in the performance of this Contract.

Liquidated damages for Contractor's failure to complete the Contract within the time fixed for completion are established in the amount of $400.00 per calendar day.

38. Contact For Bid Process Questions. SRJC Purchasing Department, Phone: 707-527-4422, Fax: 707-527-4870.

39. Contact For Technical Questions. SRJC Facilities & Operations, Jay Carpenter, Phone: 707-527-4231, Fax: 707-524-1668.