NOEL J. SHUMWAY, ESQ. (SBN 142897)
PATRICK C. WILSON, ESQ. (SBN 100487)
SCHOOL AND COLLEGE LEGAL SERVICES OF CALIFORNIA
5350 Skylane Boulevard
Santa Rosa, California 95403
(707) 524-2690
(707) 578-0517 FAX
pwilson@sclscal.org

Attorneys for Defendant SONOMA COUNTY JUNIOR COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT DEVELOPMENT GROUP, INC., a Pennsylvania corporation<br><br>    Plaintiff,<br><br>vs.<br><br>SONOMA COUNTY JUNIOR COLLEGE DISTRICT, of the County of Sonoma, State of California,<br><br>    Defendant. | CASE NO: C 07-02987 JL<br><br>[Proposed] Order<br>Granting Motion to Dismiss<br>Due to Improper Venue |

The motion of defendant to dismiss the complaint due to improper venue was considered by the Court on _____. Having considered the briefs and arguments of counsel and all other matters presented to the Court, it is hereby ordered that the motion is granted and the complaint is dismissed without prejudice.

SO ORDERED.

Dated:

_____
United States District Judge

-1-

C 07-02987JL