NOEL J. SHUMWAY, ESQ. (SBN 142897)
PATRICK C. WILSON, ESQ. (SBN 100487)
SCHOOL AND COLLEGE LEGAL SERVICES OF CALIFORNIA
5350 Skylane Boulevard
Santa Rosa, California 95403
(707) 524-2690
(707) 578-0517 FAX
pwilson@sclscal.org

Attorneys for Defendant SONOMA COUNTY JUNIOR COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT DEVELOPMENT GROUP, INC., a Pennsylvania corporation<br><br>Plaintiff,<br><br>vs.<br><br>SONOMA COUNTY JUNIOR COLLEGE DISTRICT, of the County of Sonoma, State of California,<br><br>Defendant. | CASE NO: C 07-02987 JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

TO PLAINTIFF AND ITS ATTORNEY:

The defendant Sonoma County Junior College District hereby respectfully declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition

///

///

///

and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7-17-07

SCHOOL AND COLLEGE LEGAL SERVICES
OF CALIFORNIA

By: *Patrick C. Wilson* (signature)
    Patrick C. Wilson
    Attorney for Defendant Sonoma County
    Junior College District

-2-
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
C 07-02987JL