**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

―――――――――

www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number

Clerk                                                                                          415.522.2000

## July 19, 2007

**CASE NUMBER:  CV 07-02987 JL**

**CASE TITLE:  PROJECT DEVELOPMENT GROUP-v-SONOMA COUNTY JUNIOR COLLEGE**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable WILLIAM H. ALSUP** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 07/19/07 MAB

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                              Special Projects

Log Book Noted                                                     Entered in Computer


CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel                                           Transferor CSA