IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT DEVELOPMENT GROUP,<br><br>    Plaintiff,<br><br>  v.<br><br>SONOMA COUNTY JUNIOR COLLEGE,<br><br>    Defendant.<br>_____/ | No. C 07-02987 WHA<br><br>**CLERK'S NOTICE SCHEDULING MOTION AND INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Court has rescheduled the Defendant's Motion to Dismiss and to Strike and scheduled an Initial Case Management Conference for **August 30, 2007 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages. All other deadlines in the initial case management scheduling order filed on June 7, 2007 remain in effect.

Parties requesting a continuance shall submit a stipulation and proposed order. If the parties are unable to reach a stipulation, the requesting party shall submit an ex parte application with a proposed order.

Dated: August 6, 2007                         FOR THE COURT,

                                              Richard W. Wieking, Clerk
                                              By: _____
                                                  Dawn K. Toland
                                                  Courtroom Deputy to the
                                                  Honorable William Alsup