E-Filing

UNITED STATES DISTRICT COURT

Northern District of California

PROJECT DEVELOPMENT GROUP,
INC., a Pennsylvania corporation,

          Plaintiff(s),

v.

SONOMA COUNTY JUNIOR
COLLEGE DISTRICT, of the County os
Sonoma, State of California,

          Defendant(s).

CASE NO. CV 07-02987 WHA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

BRADLEY G. TAYLOR , an active member in good standing of the bar of WASHINGTON whose business address and telephone number (particular court to which applicant is admitted) is
Peel Brimley LLP, 2014 East Madison Street, Suite 100, Seattle, Washington 98122. Telephone No.: (206) 770-3339.

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Project Development Group, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 17, 2007

_____
United States District Judge
William H. Alsup