NOEL J. SHUMWAY, ESQ. (SBN 142897)
PATRICK C. WILSON, ESQ. (SBN 100487)
SCHOOL AND COLLEGE LEGAL SERVICES OF CALIFORNIA
5350 Skylane Boulevard
Santa Rosa, California 95403
(707) 524-2690
(707) 578-0517 FAX
pwilson@sclscal.org

Attorneys Defendant SONOMA COUNTY JUNIOR COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT DEVELOPMENT GROUP, INC., a Pennsylvania corporation<br><br>Plaintiff,<br><br>vs.<br><br>SONOMA COUNTY JUNIOR COLLEGE DISTRICT, of the County of Sonoma, State of California,<br><br>Defendant. | CASE NO: C 07-02987 WHA<br><br>**ADR CERTIFICATION BY DEFENDANT SONOMA COUNTY JUNIOR COLLEGE DISTRICT** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

-1-

C 07-02987 WHA

    (3)    Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8-21-07

SCHOOL AND COLLEGE LEGAL SERVICES
OF CALIFORNIA

By: *Patrick C. Wilson*
Patrick C. Wilson
Attorney for Defendant Sonoma County
Junior College District

Dated: 8.22.07

*Curt Groninga*
Vice President, Administrative Services
Santa Rosa Junior College

-2-

C 07-02987 WHA