UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Project Development Group, Inc.

CASE NO. C-07-02987 WHA

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Sonoma County Junior College District

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference August 30, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Patrick C. Wilson | Defendant | 707-524-2690 | pwilson@sclscal.org |
| Bradley G. Taylor | Plaintiff | 702-990-7272 | btaylor@peelbrimley.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/22/07

[signature] Attorney for Plaintiff

Dated: 8/22/07

[signature] Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."