STEVEN D. MEACHAM, ESQ. (169977)
WADE R. DANN, Esq. (Pro Hac Vice)
BRADLEY G. TAYLOR, Esq. (Pro Hac Vice)
PEEL BRIMLEY, LLP
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074
Phone: (702) 990-7272
Fax: (702) 990-7273
Email: btaylor@peelbrimley.com

Attorneys for Plaintiff Project Development Group, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT DEVELOPMENT GROUP, INC., a Pennsylvania corporation, | CASE NO.: CV 07-02987 WHA |
| Plaintiff, | JOINT CASE MANAGEMENT STATEMENT |
| vs. | |
| SONOMA COUNTY JUNIOR COLLEGE DISTRICT, of the County of Sonoma, State of California, | |
| Defendant. | |

Plaintiff Project Development Group, Inc. ("PDG") and Defendant Sonoma County Junior College District (the "College District") respectfully submit the following Joint Case Management Statement.

## 1. JURISDICTION AND SERVICE

Jurisdiction

The Court has jurisdiction over this matter under 28 USC §1332 because there is diversity of citizenship and the amount in controversy exceed $75,000.00. PDG contends that venue is proper with this Court pursuant to Civil L.R. 3-2(d). The College District disagrees and has a pending motion to dismiss under Civil Rule 12(b)(3) challenging venue based upon a

3333 E. Serene Avenue, Suite 200
Henderson, NV 89074
Phone: (702) 990-7272 ♦ Fax: (702) 990-7273

1  contract provision that provides "venue shall be in the appropriate state or federal court in

2  Sonoma County," which is scheduled for hearing on August 30, 2007 at 2:00 p.m.

3  SERVICE OF PROCESS

4          The Sonoma County Junior College District was personally served on or about June 28,

5  2007, and no other parties remain to be served.

6                                    **2. FACTS**

7          1.       On or about September 25, 2006, the College District entered into an asbestos

8  abatement contract with PDG to perform work relating to the remodelling of the Plover Library

9  located on the campus of Santa Rosa Junior College in Sonoma County, California.

10         2.       PDG contends that it timely and fully performed the work described in the

11 contract documents, completing abatement in strict conformance with the College District's

12 contract on or before November 7, 2006.  Thereafter, a dispute arose regarding whether PDG

13 had in fact performed the work specified in the contract documents.  PDG contends it

14 performed further work and ultimately demolished the entire existing ceiling as required by the

15 College District under protest and the College District's notice of intent to terminate the

16 contract, for which PDG seeks additional compensation.  The College District asserts that this

17 work was required under the contract and that no further compensation for this work is

18 required.  After this work was completed, additional asbestos was discovered. PDG was

19 directed to remove this newly discovered material.  PDG is entitled to compensation for this

20 "force account" work in accordance with the contract provisions regarding same.

21         3.       PDG alleges that the plans and specifications issued by the College District

22 were incomplete, inaccurate, defective, and misrepresented the asbestos abatement scope of

23 work, which delayed and impacted PDG's work, and solely or concurrently delayed PDG's

24 completion of work under the contract and as directed by the College District.

25         4.       The College District contends that PDG did not timely complete its contract and

26 the District has therefore assessed and withheld from PDG's contract earnings liquidated

27 damages in the amount of $24,400.00.  PDG alleges that the assessment of liquidated damages

28

1    is wrongful and constitutes a penalty and not a preset measure of uncertain damages the

2    College District would incur in the event of PDG's breach of the contract.

3       5.      In addition to assessing liquidated damages, the College District has withheld

4    $123,724.00 otherwise owing to PDG because Alten Construction, the remodel general

5    contractor, filed claims for alleged additional costs incurred when its start of work was delayed

6    from November 1, 2006 to January 18, 2007. PDG asserts that the College District's acts and

7    omissions, and failure to mitigate its damages, are the sole cause of Alten Construction's

8    damages, if damages were in fact incurred. The College District has also withheld $20,662.96

9    due to a stop notice filed by World Environmental & Energy, Inc.

### 3. LEGAL ISSUES

11      1.      Whether the District breached its contract with PDG and caused PDG to incur

12   damages when it refused to pay PDG for the work performed to complete the original scope of

13   work and the additional work performed at the District's request and direction, and refused to

14   extend the contract completion date.

15      2.      Whether PDG completed its work under the contract in a timely manner.

16      3.      Whether the District failed to mitigate its damages.

17      4.      Whether the District breached its implied warranty to issue constructions plans

18   and specifications sufficient for PDG to perform the asbestos abatement work required by the

19   District and caused PDG to incur damages.

20      5.      Whether the District breached its implied duty of good faith and fair dealing and

21   caused PDG to incur damages when the District refused to equitably adjust the contract price

22   and contract time, directed PDG to perform work outside the contact scope, and refused to

23   timely and fully compensate PDG for the work performed.

24      6.      Whether the District is entitled to assess liquidated damages and also withhold

25   PDG's contract earnings for alleged damages for the delayed start of the follow-on contractor.

26      7.      The parties request the opportunity to assert other claims and defenses at a later

27   date.

28

3333 E. Serene Avenue, Suite 200
Henderson, NV 89074
Phone: (702) 990-7272 ♦ Fax: (702) 990-7273

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3333 E. Serene Avenue, Suite 200
Henderson, NV 89074
Phone: (702) 990-7272 ◆ Fax: (702) 990-7273

## 4. MOTIONS

Defendant's Motion to Dismiss under Civil Rules 12(b)(3) and 12(b)(6) is pending and scheduled for hearing on August 30, 2007 at 2:00 p.m.

Defendant has not filed its answer and affirmative defenses to Plaintiff's complaint; therefore, anticipated motions cannot be fully evaluated at this time.

## 5. AMENDMENT OF PLEADINGS

In its opposition to Defendant's Motion to Dismiss, Plaintiff requests to the Court grant leave to amend the complaint by striking paragraphs 43 through 46, which constitutes Plaintiff's alleged causes of action for relief under Unjust Enrichment/Quantum Meruit, and for an award of punitive damages.

Defendant has not filed its answer and affirmative defenses to Plaintiff's complaint; therefore, further amendment of the pleadings cannot be evaluated at this time.

## 6. EVIDENCE PRESERVATION

Both parties have been counselled that they are required to preserve relevant evidence and counsel are in the process of taking custody of all evidence relevant to the issues reasonably evident in this action.

## 7. DISCLOSURES

Initial disclosures are required on or before September 5, 2007 under the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

## 8. DISCOVERY

No discovery has been conducted.

## 9. RELATED CASES

There are no related cases or proceedings pending before another judge of this court, or before another court or administrative body.

## 10. RELIEF

**RELIEF SOUGHT BY PLAINTIFF.**

Plaintiff seeks damages in the sum of $414,731.24. Plaintiff's February 13, 2007 claim demands payment in the sum of $470,048.52 for the original contract earnings plus the claims

1  identified above.  On May 3, 2007, the District issued partial payments in the total amount of

2  $55,317.28, leaving damages in the sum of $414,731.24.

3        Plaintiff's damage computation and supporting documents were delivered to Defendant

4  on February 14, 2007, and are summarized as follows:

5        **Unpaid Contract Balance ($127,300.00).**  Plaintiff alleges damages for unpaid

6  contract earnings when the Defendant failed to pay Plaintiff the contract sum when due and

7  owing.

8        **Additional Work Performed at Defendant's Direction ($342,748.52).**  Plaintiff

9  alleges that the remainder of Plaintiff's damages were incurred after the original contract scope

10  of work was completed and are computed using actual time and cost records maintained during

11  the project.

| Description | Damages |
|---|---|
| Selective Demo (10/16/06 – 10/22/06) | $22,290.43 |
| Down time during investigation of skim coat (11/7/06 – 11/17/06) | $14,415.84 |
| Additional cleaning of skim coat (11/20/06 – 12/10/06) | $39,072.95 |
| Complete demolition of all plaster surfaces (12/11/06 – 12/31/06) | $122,575.19 |
| Demo of second ceiling (1/2/07 – 1/3/07) | $9,808.82 |
| Plaster demo above imbedded light fixtures (1/3/07 – 1/21/07) | $134,585.29 |
| Claim Totals: | $342,748.52 |

**District's May 3, 2007 Deductions from Plaintiff's Contract Earnings That Plaintiff Claims It Is Entitled To Recover.**

.

22        Plaintiff contends that Defendant is not entitled to retain its assessment of liquidated

23  damages **($24,400.00)** under the facts of this case.  Plaintiff contends that Defendant is not

24  entitled to retain Plaintiff's contract earning for Defendant's alleged damages **($123,724.00)**

25  when the follow-on contractor's start of work was allegedly delayed.  Plaintiff contends that

26  Defendant is not entitled to withhold ten percent (10%) retention in the sum of **$25,489.41.**

27  Finally, Plaintiff contends that withholding based upon stop notices **($20,662.96)** must be

28  released to Plaintiff when these financial obligations have been satisfied.

3333 E. Serene Avenue, Suite 200
Henderson, NV 89074
Phone: (702) 990-7272 ♦ Fax: (702) 990-7273

1

2 **RELIEF SOUGHT BY DEFENDANT.**

3    Defendant contends that PDG is entitled to the base contract amount plus the sums due

4 under the contract for the "force account" work.  The College District contends that it is

5 entitled to retain its assessment of liquidated damages in the sum of $24,400.00 and is entitled

6 to retain $123,724.00 under the contract indemnity provision for claims made by Alten

7 Construction, the follow-on contractor, for delays to its start of work. Defendant contends it is

8 further obligated to withhold the stop notice sum of $20,662.96 pending a release provided by

9 the claimant or a proper bond per the California Civil Code.

**11.  SETTLEMENT AND ADR**

11    The parties have not engaged in settlement or ADR efforts to date.  The parties have

12 complied with ADR L.R. 3-5.

**12.  CONSENT TO MAGISTRATE JUDGE**

14    Defendant filed its Declination to Proceed before a Magistrate Judge and Request for

15 Reassignment to United States District Judge on July 17, 2007.

**13.  OTHER REFERENCES**

17    This case is not suitable for reference to binding arbitration, a special master, or the

18 Judicial Panel on Multidistrict Litigation.

**14.  NARROWING OF ISSUES**

20    The parties will evaluate whether the issues can be narrowed during the discovery

21 process.  This determination is presently pre-mature based upon the status of the pleadings.

**15.  EXPEDITED SCHEDULE**

23    The parties have discussed expediting the trial schedule and feel that it is premature to

24 commit to this process at this time.

**16.  SCHEDULING**

26    The parties believe this case may be ready for trial in March 2008, and that pre-trial

27 scheduling dates can be established based upon a March 2008 trial date.

28

Phone: (702) 990-7272 ♦ Fax: (702) 990-7273
3333 E. Serene Avenue, Suite 200
Henderson, NV 89074

## 17. TRIAL

The expected length of trial is five (5) days.

## 18. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

Project Development Group, Inc. is a wholly-owned subsidiary of PDG Environmental, Inc.

The College District is a public agency.

DATED this 23d day of August, 2007.

SCHOOL AND COLLEGE LEGAL
SERVICES OF CALIFORNIA

PEEL BRIMLEY LLP

*Path C. Wilson*
PATRICK C. WILSON, ESQ. (100487)

*Bradley G. Taylor*
BRADLEY G. TAYLOR, ESQ. (Pro Hac Vice)

Attorneys for Sonoma County Junior
College District

Attorneys for plaintiff Project Development
Group, Inc.

3333 E. Serene Avenue, Suite 200
Henderson, NV 89074
Phone: (702) 990-7272 ◆ Fax: (702) 990-7273