**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 30, 2007

Case No.  C 07-02987 WHA

Title: PROJECT DEVELOPMENT GROUP  v. SONOMA COUNTY JR COLLEGE

Plaintiff Attorneys: Bradley Taylor

Defense Attorneys: Patrick Wilson

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)    Dft's Motion to Dismiss and Strike - Taken Under Submission

2)    CMC - HELD

Complete Initial Disclosures (Rule 26): 9/7/07

Discovery Cutoff: 12/14/07

Designation of Experts: 12/14/07

Last Day to File Motion: 1/10/08


Continued to _ for Further Case Management Conference

Continued to  **3/17/08 at 2:00pm**  for Pretrial Conference

Continued to  **3/31/08 at 7:30am** for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.