# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Project Development Group Inc., | 07-02987 WHA MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Sonoma County Junior College, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Robert F. Epstein**
Ragghianti Freitas LLP
874 Fourth Street, Suite D
San Rafael, CA 94901
415-453-9433

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.  The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-02987 WHA MED                               - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: September 6, 2007

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-02987 WHA MED                       - 2 -