

## Ragghianti|Freitas LLP

ATTORNEYS AT LAW
874 FOURTH STREET, SUITE D, SAN RAFAEL, CA 94901-3246
TELEPHONE 415.453.9433   FACSIMILE 415.453.8269
WWW.RFLAWLLP.COM

September 13, 2007

VIA FIRST CLASS MAIL, E-MAIL AND FACSIMILE

Patrick Charles Wilson, Esq.
(pwilson@sclscal.org)
School and College Legal Services of California
5350 Skylane Blvd.
Santa Rosa, CA  95403
Facsimile (707) 578-0517

Bradley G. Taylor, Esq.
(btaylor@peelbrimley.com)
Wade R. Dann, Esq.
Peel Brimley LLP
2014 East Madison Street, Suite 100
Seattle, WA  98122
Facsimile (206) 770-3490

Steven Donald Meacham, Esq.
(mel@dannandmeacham.com)
Norman H Kirshman, Esq.
(nkirshman@peelbrimley.com)
Peel Brimley LLP
3333 E. Serene Avenue, Suite 200
Henderson, NV  89074
Facsimile (702) 990-7273

    Re:   Project Development Group Inc. v. Sonoma County Junior College District
            C 07-02987 WHA MED

            **Mediation deadline (December 4, 2007)**

Dear Counsel:

     Per the District Court's notice dated September 6, I have been appointed to serve as the mediator in this case under the court's Mediation program. Please be sure to review carefully ADR L.R. 6 which governs the Mediation program. (My resume is located at www.rflawllp.com.)

TODD W. SMITH
SARAH N. LÉGER
RICHARD T. FRANCESCHINI
DAVID F. FEINGOLD

ROBERT F. EPSTEIN
PATRICK M. MACIAS
J. RANDOLPH WALLACE
HERBERT M. ROWLAND
GARY T. RAGGHIANTI, INC.

OF COUNSEL:
JOHN RALPH THOMAS, JR.
J. MARK MONTOBBIO
DAVID P. FREITAS

# Ragghianti|Freitas LLP

C 07-02987 WHA MED
September 13, 2007
Page 2

Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all counsel before the formal mediation to discuss the following:

- the procedures to be followed;
- the nature of the case;
- appropriate dates for the mediation and anticipated length of the session;
- the parties who must be present under ADR L.R. 6-9 and the parties who need to be present to have a productive mediation session;
- ideas to improve the effectiveness of the mediation session or matters that could pose impediments;
- requirements for your written mediation statements;
- any questions you might have about how I normally conduct mediations; and
- any questions you might have about the mediation program.

I anticipate that the telephone conference will last approximately one-half hour. I have set the telephone conference for **Tuesday, September 18, 2007, at 8:00 a.m.** *Please email me or call/email my paralegal, Jessica Durfee (jdurfee@rflawllp.com), within 24 hours after receiving this letter to confirm your availability. If you are not available, please let opposing counsel and me know alternative times next week when you will be available.* Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the mediation may be conducted. The final date that the mediation can be held is December 4, 2007, based on the current scheduling order.

The call-in procedure for the September 18 conference call is as follows: No earlier than 7:55 a.m. that morning, please call **888-296-1938** (AT&T Teleconference Services). When prompted, please enter the participant code **543370**.

My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. §455(a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality.



C 07-02987 WHA MED
September 13, 2007
Page 3

I look forward to assisting you on this case.

Very truly yours,

Robert F. Epstein
(repstein@rflawllp.com)

RFE/jld
cc:  Ms. Alice M. Fiel, ADR Case Administrator
     (Alice_Fiel@cand.uscourts.gov)
     U.S. District Court
     450 Golden Gate Ave.
     P.O. Box 36060
     San Francisco, CA  94102-9680
     (via U.S. Mail and email)