

# Ragghianti|Freitas LLP

ATTORNEYS AT LAW
874 FOURTH STREET, SUITE D, SAN RAFAEL, CA 94901-3246
TELEPHONE 415.453.9433  FACSIMILE 415.453.8269
WWW.RFLAWLLP.COM

October 10, 2007

VIA FIRST CLASS MAIL, E-MAIL AND FACSIMILE

Patrick Charles Wilson, Esq.
(pwilson@sclscal.org)
School and College Legal Services of
California
5350 Skylane Blvd.
Santa Rosa, CA  95403
Facsimile (707) 578-0517

Bradley G. Taylor, Esq.
(btaylor@peelbrimley.com)
Wade R. Dann, Esq.
Peel Brimley LLP
2014 East Madison Street, Suite 100
Seattle, WA  98122
Facsimile (206) 770-3490

Steven Donald Meacham, Esq.
(mel@dannandmeacham.com)
Norman H Kirshman, Esq.
(nkirshman@peelbrimley.com)
Peel Brimley LLP
3333 E. Serene Avenue, Suite 200
Henderson, NV  89074
Facsimile (702) 990-7273

> **Re:** **Project Development Group Inc. v. Sonoma County Junior College District**
> **C 07-02987 WHA MED**
>
> **Mediation deadline (December 4, 2007)**

Dear Counsel:

This will confirm that we have scheduled the mediation in this case for **November 29, 2007 at 9:30 a.m.** The deposition will be conducted at my office in San Rafael.

We have agreed to keep the whole day available to allow the mediation to continue as long as it is being productive.

ROBERT F. EPSTEIN
TODD W. SMITH        PATRICK M. MACIAS        OF COUNSEL:
SARAH N. LÉGER        J. RANDOLPH WALLACE        JOHN RALPH THOMAS, JR.
RICHARD T. FRANCESCHINI    HERBERT M. ROWLAND        J. MARK MONTOBBIO
DAVID F. FEINGOLD        GARY T. RAGGHIANTI, INC.        DAVID P. FREITAS

## RF

## Ragghianti|Freitas LLP

C 07-02987 WHA MED
October 10, 2007
Page 2

Please make sure that the written statements described in ADR L.R. 6-7 are exchanged and in my office by November 26, 2007.  Please include any key documents you feel I should read.  If you think it would be helpful to our mediation, I also invite you to submit to me--but not exchange--confidential statements.

Also, please remember to arrange for your clients' attendance.

Please prepare for the mediation by discussing each of the following items with your clients:

- ▸ clients' interests, not just positions, and how these interests could be met;
- ▸ other side's interests, and how these could be met;
- ▸ best and worst alternatives to a negotiated settlement;
- ▸ strengths and weaknesses of case; and
- ▸ estimated budget to litigate the case through trial.

As we discussed, under ADR L.R. 6-3(b) I will donate my preparation time and the first four hours of the mediation.  If the case has not resolved and you all agree to continue, I will charge the court-set rate of $200 per hour for the next four hours.  After eight hours of session time, I will charge my hourly rate of $350.

I look forward to working with you and your clients.

Very truly yours,

Robert F. Epstein
(repstein@rflawllp.com)

RFE/jld
cc:    Ms. Alice M. Fiel, ADR Case Administrator
       (Alice_Fiel@cand.uscourts.gov)
       (via email only)