AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT DEVELOPMENT GROUP, INC., a Pennsylvania corporation,<br>V.<br>SONOMA COUNTY JUNIOR COLLEGE DISTRICT, of the County of Sonoma, State of California, | **SUBPOENA IN A CIVIL CASE**<br><br>Case Number:[1]  CV 07-02987 WHA |

TO:  TLCD Architecture
     111 Santa Rosa Avenue
     Santa Rosa, CA 95406

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attached List

| PLACE  111 Santa Rosa Avenue<br>Santa Rosa, CA 95406 | DATE AND TIME<br>11/1/2007 9:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>*Brad G. Taylor* (signature) | DATE<br>10/12/07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Brad G. Taylor, Esq., 3333 E. Serene Avenue, Suite 200, Henderson NV 89074

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Northern District Of Califronia | | | | |
| Plaintiff: Project Development Group Inc. A Pennsylvania Corporation | | | | |
| Defendant: Sonoma County Junior College District Of The County Of Sonoma, State Of California | | | | |
| PROOF OF SERVICE SUBPOENA IN A CIVIL | Hearing Date: Thu, Nov. 01, 2007 | Time: 9:00AM | Dept/Div: | Case Number: CV0702987WHA |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA IN A CIVIL CASE

3. a. Party served:                 TLCD Architecture
   b. Person served:                Alan Butler Principle, White, Male, 55 Years Old, Gray Hair, * Not on file * Eyes, 5 Feet 11 Inches, 200 Pounds

4. Address where the party was served:   111 Santa Rosa Avenue
                                          SANTA ROSA CA, CA  95406

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Oct. 16, 2007 (2) at: 11:55AM
   b. I received this subpena for service on:   Monday, October 15, 2007

6. Witness fees were not demanded or paid.

7. **Person Who Served Papers:**
   a. DONALD A THORN
   b. AM PM LEGAL SOLUTIONS
      520 SOUTH 7TH STREET  SUITE B
      LAS VEGAS, NV  89101
   c. (702) 385-2676

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i)   Owner
      (ii)  Registration No.:   P-350
      (iii) County:              Sonoma
      (iv)  Expiration Date:     Fri, Mar. 06, 2009

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Oct. 16, 2007                                                   (DONALD A THORN)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUBPOENA IN A CIVIL

3285.ampm.3259