AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT DEVELOPMENT GROUP, INC., a Pennsylvania corporation,<br>V.<br>SONOMA COUNTY JUNIOR COLLEGE DISTRICT, of the County of Sonoma, State of California, | **SUBPOENA IN A CIVIL CASE**<br><br>Case Number:[1]  CV 07-02987 WHA |

TO:  NorBay Consulting
     2563 Heatherstone Drive
     San Rafael, CA  94903

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attached List

| PLACE | DATE AND TIME |
|---|---|
| 2563 Heatherstone Drive<br>San Rafael, CA  94903 | 11/1/2007 9:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 10/12/07 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | |
| Brad G. Taylor, Esq., 3363 E. Serene Avenue, Suite 200, Henderson NV 89074 | |

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): **BRAD G TAYLOR, BRAD G TAYLOR, ESQ. 3363 E SERENE AVE, STE 200 HENDERSON, NV 89074** | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): | Ref. No. or File No. **AM:PM 3818** | |
| Insert name of court, judicial district or branch court, if any: **UNITED STATES DISTRICT COURT 450 GOLDEN GATE #1111 SAN FRANCISCO, CA 94102** | | |

PLAINTIFF: **PROJECT DEVELOPMENT GROUP, INC.**

DEFENDANT: **SONOMA COUNTY JUNIOR COLLEGE DISTRICT**

| **PROOF OF SERVICE** | DATE: **November 1, 2007** | TIME: **09:00 am** | DEPT/DIV: | CASE NUMBER: **CV 07-02987 WHA** |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Subpoena in a Civil Case**

ON: **CUSTODIAN OF RECORDS FOR NORBAY CONSULTING**

AT: **2563 HEATHERSTONE DR
SAN RAFAEL, CA 94903
(BUSINESS)**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**BOB GERHOLD - PRINCIPAL**

ON: **October 16, 2007**
AT: **07:34 pm**

Fee for Service: **$90.00**

Registered California process server.
Registration No.: **303**
County: **San Francisco**
**Peter With
601 Van Ness Ave Ste E3
San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 16, 2007 at San Francisco, California.

Signature: *Peter With*

07-72780/BProof39