IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PROJECT DEVELOPMENT GROUP,
INC., a Pennsylvania corporation,

      Plaintiff,

  v.

SONOMA COUNTY JUNIOR COLLEGE
DISTRICT of the County of Sonoma,
State of California,

      Defendant.

No. C 07-02987 WHA

**ORDER SETTING HEARING FOR DISCOVERY DISPUTE**

The Court is in receipt of plaintiff's letter of November 19, 2007, concerning a discovery dispute. An in-court hearing is set for **TUESDAY, NOVEMBER 27, 2007, AT 10:00 A.M.** in Courtroom 9 at 450 Golden Gate Avenue, in San Francisco. Defendant's response is due no later than **9:00 A.M. ON MONDAY, NOVEMBER 26**.

**IT IS SO ORDERED.**

Dated: November 21, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE