IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: WILLIAM ALSUP**            **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: November 27, 2007          **Court Reporter:** Juanita Gonzalez

**CASE NO.:C-07-2987 WHA**

**TITLE:** Project Development Group, Inc. v. Sonoma County Junior College District

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**

**Bradley Taylor**                  **Patrick Wilson**

**PROCEEDINGS:** Hearing on Plaintiff's Discovery Dispute - Motion for Protective Order

**RESULTS:**   Discovery conference held.
The Court order Plaintiff to admit or deny request for admission no. 2. and to answer the following interrogatories:13, 14, 15, 17 (don't need to answer if only incident is Seattle), 18 - limited to Las Vegas office only, 19 - only for Las Vegas going back 5 years from start of suit, 20.
Document requests to be answered:  1 with proviso as stated by the Court, 2  with proviso as stated by the Court, 7 - with respect to Las Vegas, 8, 9, 10.

Counsel for defendant shall prepare a proposed order and submit it for the Court's review by no later than Tuesday, December 4, 2007.