United States District Court
Northern District of California

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## Northern District of California

10 | Project Development Group Inc.,                    07-02987 WHA MED

11 |                    Plaintiff(s),        **Notice Vacating Appointment of Mediator Robert F. Epstein and Appointing Mediator Robin W. Siefkin**

12 |        v.

13 | Sonoma County Junior College,

14 |                    Defendant(s).

15 | TO COUNSEL OF RECORD:

16        The appointment of Robert F. Epstein to serve as the Mediator in this matter is

17 | vacated.  The court notifies the parties and counsel that the new Mediator assigned to

18 | this case is:

19                    **Robin W. Siefkin**
                    US District Court - ADR Program
20                    450 Golden Gate Avenue, 16th Floor
                    San Francisco, CA 94102 3426
21                    415-522-4636
                    Robin_Siefkin@cand.uscourts.gov
22

23        Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

governs the Mediation program.  The mediator will schedule a joint phone conference
24
with counsel under ADR L.R. 6-6 and will set the date of the mediation session within
25
the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.
26
The court permits the mediator to charge each party its pro rata share of the cost of the
27
phone conference.
28

**Notice Vacating Appointment of Mediator Robert Epstein &  Appointing Mediator Robin W. Siefkin**
07-02987 WHA MED                    - 1 -

Counsel are reminded that the written mediation statements required by the ADR

L.R. 6-7 shall NOT be filed with the court.

Dated: November 27, 2007

6                              RICHARD W. WIEKING
                               Clerk
7                              by:    Alice M. Fiel

8

9                              _____
                               ADR Case Administrator
10                             415-522-3148
                               Alice_Fiel@cand.uscourts.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice Vacating Appointment of Mediator Robert Epstein &  Appointing Mediator Robin W. Siefkin**
07-02987 WHA MED                    - 2 -

United States District Court
Northern District of California