# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Project Development Group Inc., | No. C 07-02987 WHA MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Sonoma County Junior College, | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __11/29/07__

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☒ phone discussions expected by (date) __12/10/07__
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☐ YES    ☒ NO

Dated: __12/3/07__    _[signature]_
Mediator, Robin W. Siefkin
US District Court - ADR Unit
450 Golden Gate Ave., 16th Fl.
San Francisco, CA 94102

**Certification of ADR Session**
07-02987 WHA MED