1   BRADLEY G. TAYLOR, Esq.  (Pro Hac Vice)
    WADE R. DANN, Esq. (Pro Hac Vice)
2   PEEL BRIMLEY, LLP
    2014 East Madison Street, Suite 100
3   Seattle, Washington 98122
    Phone: (206) 770-3339
4   Fax: (206) 770-3490
    Email: btaylor@peelbrimley.com
5
    DAVID ERICKSEN, Esq. (#153923)
6   SEVERSON & WERSON
    One Embarcadero Center, Suite 2600
7   San Francisco, California 94111
    Phone: (415) 398-3344
8   Fax: (415) 956-0439

9   *Attorneys for Plaintiff Project
    Development Group, Inc.*
10

11              **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
12

13  PROJECT DEVELOPMENT GROUP,
    INC., a Pennsylvania corporation,          CASE NO.: CV 07-02987 WHA
14
                         Plaintiff,            DECLARATION OF BRADLEY G.
15                                             TAYLOR IN SUPPORT OF MOTION
    vs.                                        FOR SUMMARY JUDGMENT
16
    SONOMA COUNTY JUNIOR COLLEGE
17  DISTRICT, of the County of Sonoma, State
    of California,
18
                         Defendant.
19

20      I, Bradley G. Taylor, under penalty of perjury in the state of California, make the

21  following statements based upon my personal knowledge and know the statements to be

22  true and correct:

23      1.      Attached hereto as **Exhibit "A"** is a true and correct copy of the

24  District's July 13, 2006 Notice Inviting Bids for the Plover Conversion Project,

25  which generally involved selective demolition of the Plover Library and converting

26  the building to a student services center.

27      2.      Attached hereto as **Exhibit "B"** is a true and correct copy of Ralph

28  Curran Company's August 16, 2006 report to the District.

29      3.      Attached hereto as **Exhibit "C"** is a true and correct copy of the

30  District's August 23, 2007 the Notice Inviting Bids of the Plover Asbestos

DECLARATION OF BRADLEY G. TAYLOR IN SUPPORT OF            **PEEL BRIMLEY LLP**
MOTION PLAINTIFF'S MOTION SUMMARY JUDGMENT - 1      2014 East Madison Street, Suite 100
                                                           Seattle, Washington 98122
                                                               (206) 770-3339

1    Abatement Project.

2        4.    Attached hereto as **Exhibit "D"** is a true and correct copy of the

3    August 29, 2007 Bid Opening Results for the Plover Conversion Project.

4        5.    Attached hereto as **Exhibit "E"** is a true and correct copy of the bid

5    results for the Plover Asbestos Abatement Project dated September 11, 2006.

6        6.    Attached hereto as **Exhibit "F"** is a true and correct copy of the

7    District's February 1, 2007 Notice of Claim letter and the enclosed Alten Request

8    for Change Order No. 1 without the documents supporting Alten's claim.

9        7.    Attached hereto as **Exhibit "G"** is a true and correct copy of relevant

10   provisions in the District's contract documents for the Plover Asbestos

11   Abatement Project.  There are several distinct sections of the District's contract

12   documents.  Attached are the two page "Contract" and select provisions from the

13   "General Conditions".

14

15

16   DATED this 5th day of December 2007, at Seattle, Washington.

17

18

19                                    Bradley G. Taylor

20

21

22

23

24

25

26

27

28

29

30

DECLARATION OF BRADLEY G. TAYLOR IN SUPPORT OF
MOTION PLAINTIFF'S MOTION SUMMARY JUDGMENT - 2

# EXHIBIT "A"

SRJC PLOVER CONVERSION                                                                    04061.00
Santa Rosa Junior College

## NOTICE INVITING BIDS

NOTICE IS HEREBY GIVEN that the GOVERNING BOARD OF THE Sonoma County Junior College District of the County of Sonoma, State of California, will receive up to, but no later than 2:00 p.m. Thursday August 17, 2006 for the SRJC Plover Conversion Project . Such sealed bids received will then be publicly open and read aloud. Such bids shall be received at the Pedroncelli Conference Room at Santa Rosa Junior College, 2032 Armory Drive, Santa Rosa, CA.

Each bid must conform and be fully responsive to this invitation, the plans and specifications and all other documents comprising the pertinent contract documents. Copies of the contract documents are available for examination at the office of the Architect, TLCD Architecture, 111 Santa Rosa Avenue, Suite 300, Santa Rosa, 95404, County of Sonoma, California, (707) 525-5600, and may be obtained by Contractors intending to provide a bid per aforementioned classification(s), upon deposit of Two Hundred Fifty dollars ($250.00) per set. This deposit will be refunded if the set or sets of contract documents delivered are returned in good condition within ten (10) days after the bid opening. Bid documents are also available for review at Builder's Exchanges or may be purchased at cost through Architect's blueprinter Drafttech.

Each bid shall be accompanied by cash, a cashier's or certified check payable to the Sonoma County Junior College District, or a bidder's bond executed by an admitted surety insurer, licensed to do business in the State of California as a surety, made payable to the Sonoma County Junior College District, in an amount not less than ten percent (10%) of the maximum amount of the bid. The check or bid bond shall be given as a guarantee that the bidder to whom the contract is awarded shall execute the contract documents and shall provide the required payment and performance bonds as specified therein within ten (10) days after the notification of the award of the contract.

Each bid shall be made out on a Bid Form included in the contract documents.

The Governing Board has obtained, from the Director of the Department of Industrial Relations, the general prevailing rate of per diem wages in the locality in which the work is to be performed for each craft, classifications or type of worker needed to execute the contract, including employer payments for health and welfare, pension, vacation, apprenticeship and similar purposes. Copies of the these prevailing rates are on file at the District office and shall be made available to any interested party upon request.

The schedule of per diem wages is based upon a working day of eight hours. The rate for holiday and overtime work shall be at least time and one half.

It shall be mandatory upon the contractor to whom the contract is awarded, and upon any subcontractor under the contractor, to pay not less than the specified rates to all workers employed by them in the execution of the contract. It is the contractor's responsibility to determine any rate change which may have or will occur during the intervening period between each issuance of written rates by the Director of Industrial Relations.

Bids shall be made on forms prepared by the District. The substitution of appropriate securities in lieu of retention amounts from progress payments in accordance with Public Contract Code Section 22300 is permitted. Performance and payment bonds will be required of the successful bidder. Additionally, the successful bidder shall comply with the provisions of the Labor Code pertaining to payment of the generally prevailing rate of wages and to apprenticeship or other training programs.

Each bid must include the name and location of the place of business of each subcontractor who shall perform/work of this contract in excess of one-half of one percent (1/2 of 1%) of the bid price.

TLCD Architecture                          NOTICE INVITING BIDS                          001 - 1

**SJRC 0889**

SRJC PLOVER CONVERSION                                                            04061.00
Santa Rosa Junior College

No bid may be withdrawn for a period of sixty (60) days after the date set for the opening for bids except as provided pursuant to Public Contract Code Sections 5100 *et seq.*

The owner reserves the right to reject any and all bids and to waive any informalities or irregularities in the bidding.

This contract is subject to a labor compliance program, as described in subdivision (b) of Section 1771.5 of the Labor Code.

The bidder shall possess at the time the bid is awarded the aforementioned classification(s). Contractors are required by law to be licensed and regulated by the Contractor's State License Board, 3132 Bradshaw Road, Sacramento, CA 95826. Any questions concerning a contractor may be referred to the Registrar at this address. A general contractor "B" license is required for this project.

Bidder's Conference: A bidders conference will be held at 10:00 a.m. Thursday July 27, 2006 at the Plover Library, Room 1, SRJC 1501 Mendocino Ave, Santa Rosa, California for the purpose of acquainting all prospective bidders with the bid documents and the work site.

Minority and women contractors are encouraged to submit bids.

Sonoma County Junior College District
State of California

Tim J. Bosma
Director - Purchasing

DATED: July 13, 2006

Published: Dates   1) July 16, 2006  2) July 23, 2006

**SJRC 0890**

(2015.5 C.C.P.)

STATE OF CALIFORNIA

County of Sonoma

I am a citizen of the United States and a resident of the county aforesaid: I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer of The Press Democrat, a newspaper of general circulation, printed and published DAILY IN THE City of Santa Rosa, County of Sonoma; and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Sonoma, State of California, under the date of November 29, 1951, Case number 34831, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates to wit:

July 16, 23

all in the year 2006
I certify (or declare) under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.
Dated at Santa Rosa, California, this

24th day of July

2006

*Carol Coveland*

SIGNATURE

2002v1

Proof of Publication of



RECEIVED

JUL 2 6 2006

PURCHASING

# EXHIBIT "B"

# Ralph Curran Company

Asbestos/Lead Consulting and Inspection

2139 Stonefield Lane
Santa Rosa, California 95403
Office/Fax (707) 525-0337

August 16, 2006

Jay Carpenter
Santa Rosa Junior College
1501 Mendocino Avenue
Santa Rosa, CA 95401

RE: Asbestos survey for Plover library located at the Santa Rosa Junior College in Santa Rosa, CA.

Dear Mr. Carpenter,

An inspection was performed on 8/09/06 at the Plover Library in Santa Rosa CA. The inspection was conducted prior to demolition of the building. The inspection and sampling was intended to identify and test suspected asbestos containing building products. This inspection was limited to visually accessible areas only. No destructive investigations were performed. This sampling was performed in accordance with current regulations.

Thirty nine suspected building materials were sampled for asbestos. Two building materials were sampled for lead. All samples were sent to Micro Analytical Laboratories Inc. for analysis using Polarized Light Microscopy (PLM) testing procedures. The results of the analysis indicate that asbestos was present in eleven samples as follows:

- Mastic under the red linoleum at the check out area. 3% asbestos.

- Floor tile 9" pumpkin color and mastic in the back area. 2% asbestos.

- Acoustical ceiling texture in the entire library. 2% asbestos.

Laboratory results are attached for your review and file.

If you have any questions regarding this report please give us a call at 525-0337.

Very truly yours,

Ralph Curran
Certified Asbestos Consultant #94-1493
File: Asbestos Reports/SRJC / Plover Library Report 08-06.doc

SJRC 2015

# EXHIBIT "C"

## NOTICE INVITING BIDS

NOTICE IS HEREBY GIVEN that the GOVERNING BOARD OF THE SONOMA COUNTY JUNIOR COLLEGE DISTRICT, OF THE COUNTY OF SONOMA, State of California, will receive up to, but not later than, 2:00 p.m. PDT, Monday, September 11, 2006, and will then publicly open and read aloud the sealed bids for the Plover Asbestos Abatement project. Such bids shall be received at the office of the Purchasing Director, 1990 Armory Dr., Santa Rosa, California.

Each bid must conform and be fully responsive to this invitation, the plans and specifications and all other documents comprising the pertinent contract documents. Copies of the contract documents are available for examination at the Purchasing Office located at the aforementioned address, and may be obtained by Contractors licensed by the California State Contractors' License Bureau, upon deposit of Thirty dollars ($30.00) per set. This deposit will be refunded if the set or sets of contract documents delivered are returned in good condition within ten (10) days after the bid opening. Contract documents are also available for review at Builders Exchanges.

Each bid shall be accompanied by cash, a cashier's or certified check payable to the Sonoma County Junior College District, or a bidder's bond executed by an admitted surety insurer, licensed to do business in the State of California as a surety, made payable to the Sonoma County Junior College District, in an amount not less than ten percent (10%) of the maximum amount of the bid. The check or bid bond shall be given as a guarantee that the bidder to whom the contract is awarded shall execute the contract documents and shall provide the required payment and performance bonds as specified therein within ten (10) days after the notification of the award of the contract.

Each bid shall be made out on a Bid Form included in the contract documents.

The Governing Board has obtained, from the Director of the Department of Industrial Relations, the general prevailing rate of per diem wages in the locality in which the work is to be performed for each craft, classifications or type of worker needed to execute the contract, including employer payments for health and welfare, pension, vacation, apprenticeship and similar purposes. Copies of these prevailing rates are on file at the District office and shall be made available to any interested party upon request.

The schedule of per diem wages is based upon a working day of eight hours. The rate for holiday and overtime work shall be at least time and one half.

It shall be mandatory upon the contractor to whom the contract is awarded, and upon any subcontractor under the contractor, to pay not less than the specified rates to all workers employed by them in the execution of the contract. It is the contractor's responsibility to determine any rate change which may have or will occur during the intervening period between each issuance of written rates by the Director of Industrial Relations.

1

SJRC 0458

Bids shall be made on forms prepared by the District. The substitution of appropriate securities in lieu of retention amounts from progress payments in accordance with Public Contract Code Section 22300 is permitted. Performance and payment bonds will be required of the successful bidder. Additionally, the successful bidder shall comply with the provisions of the Labor Code pertaining to payment of the generally prevailing rate of wages and to apprenticeship or other training programs.

Each bid must include the name and location of the place of business of each subcontractor who shall perform/work of this contract in excess of one-half of one percent (1/2 of 1%) of the bid price.

No bid may be withdrawn for a period of sixty (60) days after the date set for the opening for bids except as provided pursuant to Public Contract Code Sections 5100 *et seq.*

The owner reserves the right to reject any and all bids and to waive any informalities or irregularities in the bidding.

Minority, women, and disabled veteran contractors are encouraged to submit bids

This contract is not subject to a labor compliance program, as described in subdivision (b)of Section 1771.5 of the Labor Code.

The bidder shall possess at the time the bid is awarded the appropriate licenses and certifications to perform the work.

A bidders conference will be held on Tuesday, September 5, 2006 at 10:00 a.m., and will begin at the Facilities and Operations Maintenance Yard, 1880 Armory Dr., Santa Rosa, California for the purpose of acquainting all prospective bidders with the bid documents and the work site. It is imperative that all bidders attend this conference. Bidders will be held responsible for all information reviewed at this conference. Following this meeting, a site review will be conducted to acquaint bidders with the project. Submission of a bid constitutes acceptance of this term. Parking regulations are strictly enforced.

SONOMA COUNTY JUNIOR COLLEGE DISTRICT, STATE OF CALIFORNIA

By: _____
       Tim Bosma, Purchasing Director

DATED: August 23, 2006

Published: Dates   1) August 26, 2006  2) September 2, 2006

SJRC 0459

**EXHIBIT "D"**

SRJC Plover Conversion Project  Bid Opening Results  Tuesday August 29, 2006 @ 2:00 pm

| Bidder's Name | Base Bid | Alt #1 | Alt #2 | Alt #3 | Alt #4 | Alt #5 | Alt #6 | TOTAL BID |
|---|---|---|---|---|---|---|---|---|
| Allen Construction Inc | $ 9,124,935.00 | $ 18,571.00 | $ 19,800.00 | $ 5,973.00 | $ 69,856.00 | $ 22,726.00 | $ 313,500.00 | $ 9,575,361.00 |
| Wright Contracting Inc | $ 9,360,000.00 | $ 32,000.00 | $ 11,000.00 | $ 19,000.00 | $ 65,000.00 | $ 42,000.00 | $ 310,000.00 | $ 9,839,000.00 |
| J.W. & Sons, Inc | $ 9,844,000.00 | $ 24,000.00 | $ 19,000.00 | $ 34,000.00 | $ 62,000.00 | $ 21,000.00 | $ 315,000.00 | $ 10,319,000.00 |
| GCCI Inc | $ 9,880,000.00 | $ 36,000.00 | $ 40,000.00 | $ 22,000.00 | $ 65,000.00 | $ 23,000.00 | $ 390,000.00 | $ 10,436,000.00 |
| Page Construction Co. | $ 10,306,000.00 | $ 23,000.00 | $ 20,000.00 | $ 12,000.00 | $ 42,000.00 | $ 37,000.00 | $ 162,000.00 | $ 10,602,000.00 |
| West Coast Contractors | $ 9,996,000.00 | $ 40,000.00 | $ 30,000.00 | $ 35,000.00 | $ 98,000.00 | $ 32,000.00 | $ 370,000.00 | $ 10,601,000.00 |
| Midstate Construction | $ 10,099,723.00 | $ 35,000.00 | $ 20,000.00 | $ 16,000.00 | $ 74,000.00 | $ 40,000.00 | $ 360,000.00 | $ 10,644,723.00 |
| Kenridge Builders, Inc | $ 11,205,000.00 | $ 29,000.00 | $ 87,000.00 | $ 54,000.00 | $ 38,000.00 | $ 24,000.00 | $ 324,000.00 | $ 11,761,000.00 |

Alternate Descriptions

Alt #1    Map Wall
Alt #2    Wall Coverings
Alt #3    Remove Mechanical Screens
Alt #4    Skylights
Alt #5    Feature Wall
Alt #6    Roof Restoration

SJRC 0896

# EXHIBIT "E"



# Santa Rosa Junior College

**Purchasing Department**
1501 Mendocino Avenue
Santa Rosa CA 95401
Phone 707-527-4422
Fax 707-527-4870

**BID RESULTS**
**PROJECT NAME:** Plover Asbestos Abatement
**DATE:** September 11, 2006

| | BIDDER | LOCATION | BASE BID | ALTERNATE A | ALTERNATE B |
|---|---|---|---|---|---|
| 1 | Project Development Group | Las Vegas, NV | $127,300.00 | | |
| 2 | Bayview Environmental Services | Oakland, CA | $191,408.00 | | |
| 3 | Janus Corporation | Concord, CA | $177,809.00 | | |
| 4 | Resteg Contractors Inc | Hayward, CA | $246,700.00 | | |
| 5 | Synergy Enterprises Inc | Hayward, CA | $170,000.00 | | |
| 6 | Consolidated Western Contractors | Sacramento, CA | $136,000.00 | | |
| 7 | Asbestos Management Group of CA | Oakland, CA | $139,471.00 | | |
| 8 | CAL Inc | Vacaville, CA | $207,000.00 | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |

**SJRC 0143**

# EXHIBIT "F"

# SANTA ROSA
# JUNIOR COLLEGE

Office of Administrative Services

February 1, 2007

VIA MAIL AND FAX (702-566-4611)

William R. Vasquez, Jr., General Manager
Project Development Group, Inc.
4640 Arville Street, Suite C
Las Vegas, NV 89103
Re:    Plover Asbestos Abatement Project
       **Notice of Claim**

Dear Mr. Vasquez:

Pursuant to Public Contract Code section 9201, Project Development Group, Inc. ("PDG"), is hereby notified of the claim the Sonoma County Junior College District ("District") has received from Alten Construction, Inc. ("Alten"). The attached claim is a change order request, dated January 23, 2007, requesting a 49 day time extension and $101,314 in delay damages ("Alten Claim"), and is based solely on the delay to the commencement of Alten's work on the District's Plover Conversion Project, caused by PDG's delay in completing the Plover Asbestos Abatement Project.

PDG is solely responsible for any costs incurred by the District as a result of the Alten Claim, and must indemnify the District against such costs pursuant to Article 25 and Article 29 of the General Conditions to PDG's contract with the District. Please respond in writing no later than February 9, 2007, confirming receipt of this notification and confirming PDG's intent to fulfill its indemnity obligations with respect to the Alten Claim.

Sincerely,

Dr. Curtis Groninga
Vice-President, Administrative Services

Attachment:    Alten Claim

c:    Richard Behrens
      Bradley G. Taylor, Esq.
      Clare M. Gibson, Esq.

1501 Mendocino Avenue, Santa Rosa, CA 95401-4395 (707) 527-4432 •(707) 524-1722 FAX
Sonoma County Junior College District

PDG01659

# Change Order Request Summary

Alten Construction, Inc.
720 12th Street
Richmond, CA 94801
Tel: (510) 234-4200
Fax: (510) 234-4402

G.C. Request No.: _____ 1 _____
RFI No.: _____
Proposal Request No.: _____
Owner's CO No.: ▓▓▓▓▓▓▓
ACI Accounting No.: ▓▓▓▓▓▓▓

Project:   **Santa Rosa Jr. College Plover Converion**          Project No.: ___ 26009 ___

### Scope of Change (Indicate the basis, the location, and the scope change):

The Notice to Proceed for this project is November 1, 2006. Due to the delay caused by the Owner's asbestos abatement activity, the actual start date was changed to January 18th, 2007, when the Owner notified Alten that Abatement Clearance was obtained. The actual amount of days from November 1 through January 18th comprises 77 days. However, Alten will not apply charges for a compensable time extension for the month of November. The electrical and mechanical subcontractors, as well as Alten, are requesting a compensable time extension starting December 1, 2006 through January 18th, comprising 49 days.

**Adjustment of the Contract Time:**

____49____ Compensable Day(s)          _____ Non-Compensable Day(s)

**Adjustment of the Contract Sum:**

____$101,314____

**Owner's Response:**

Accept: _____     Reject: _____     Other: _____

Signature: _____     Title: _____     Date: _____

# EXHIBIT "G"

## CONTRACT NO. 880457

THIS CONTRACT is made by and between the Sonoma County Junior College District, hereinafter called the District, and Project Development Group Inc., hereinafter called the Contractor.

The District and the Contractor hereby agree as follows:

1.    Description of Work

The Contractor agrees to furnish all labor, materials, equipment, plant, tools, supervision, appurtenances, and services, including transportation and utilities, required to perform and complete the Plover Asbestos Removal project.

The Contract Documents consist of the Contract, any Amendment to Contract, Technical Specifications and Drawings, Supplementary General Conditions, General Conditions, Instructions to Bidders, Notice Inviting Bids, Labor Compliance Program (if applicable), Bid Form, all addenda, completed bond and insurance forms and completed Bidder's Questionnaire.

All Contract Documents are intended to coordinate so that any work called for in one document and not mentioned in another document is to be executed as if mentioned in all documents.

2.    Compensation

As full compensation for the Contractor's complete performance of the work in this Contract, the District agrees to pay the Contractor, and the Contractor agrees to accept the sum of $127,300.00 which shall be paid to the Contractor according to the General Conditions Article on "Payments".

3.    Prevailing Wages

As required by Labor Code Section 1773.2, the District has on file in its office copies of the general prevailing rate of per diem wages for workers employed on public works as determined by the Director of Industrial Relations. This document shall be available to any interested party on request and shall be posted at the job site by the Contractor.

4.    Time for Completion

The starting date of the Contract shall be the day listed by the District in the Notice to Proceed and the Contractor shall fully complete all the work before the expiration of 30 calendar days from said starting date.

Time is of the essence in the performance of this Contract.

Liquidated damages for Contractor's failure to complete the Contract within the time fixed for completion are established in the amount of $400.00 per calendar day.

5.    Contractors' State License Board

Contractors are required by law to be licensed and regulated by the Contractors' State License Board. Any questions concerning a contractor may be referred to the Registrar, Contractors' State License Board, P.O. Box 26000, Sacramento, California 95826.

IN WITNESS WHEREOF, the parties to these present have set their hands hereto on the day and year written below.

TIM BOSMA
Purchasing Director

District

PROJECT DEVELOPMENT GROUP
Contractor

Date    9-25-2006

756281    11/30/2006
(Contractor License No., and Expiration Date)

By_____
Individual Signature

GENERAL MANAGER
Title

9-19-06
Date

For_____
Corporation or Partnership

If Corporation, Seal Below.

PDG01673





# NOTICE
# INVITING BIDS

**Santa Rosa Junior College
Purchasing Department**
1501 Mendocino Avenue
Santa Rosa CA  95401
Phone  707-527-4422
Fax  707-527-4870

# Plover Asbestos Abatement Project

## BIDS  DUE: 2:00 P.M., MONDAY SEPTEMBER 11, 2006

## BIDDERS CONFERENCE: 10:00 A.M., TUESDAY, SEPTEMBER 5, 2006





Set #13

PDG01674

# COLLEGE CONSTRUCTION BID DOCUMENTS

## TABLE OF CONTENTS

1.   Notice Inviting Bids

2.   Bid Proposal Form

3.   Workers' Compensation Certificate

4.   Non-collusion Affidavit

5.   Bid Bond

6.   Performance Bond

7.   Payment Bond

8.   Instruction to Bidders

9.   Contract

10.  Bidders Questionnaire

11.  General Conditions

12.  Notice of Award

13.  Notice to Proceed

14.  Bond and Insurance Information

15.  Technical Specifications

16.  Supplementary General Conditions

PDG01675

# GENERAL CONDITIONS – SCHOOL/COLLEGE CONSTRUCTION

## TABLE OF CONTENTS

1. DEFINITIONS ........................................................................................ 1

2. ARCHITECT ......................................................................................... 2

3. CONTRACT DOCUMENTS ................................................................. 3

4. INTENT OF DRAWINGS AND SPECIFICATIONS ......................... 4

5. TRADE DIVISIONS ............................................................................. 4

6. MASTER MANDATORY PROVISIONS ............................................ 5

7. CONTRACTOR ..................................................................................... 5

8. RESPONSIBILITY OF GENERAL CONTRACTOR ........................ 6

9. SUBCONTRACTORS ........................................................................... 6

10. PERFORMANCE AND PAYMENT BONDS ..................................... 7

11. INSURANCE ......................................................................................... 8

12. CODES AND REGULATIONS ......................................................... 10

13. PERMITS AND TAXES .................................................................... 11

14. PATENTS AND ROYALTIES ......................................................... 12

15. SAFETY AND FIRE PREVENTION ............................................... 12

16. HAZARDOUS MATERIALS ............................................................ 13

17. TEMPORARY FACILITIES ............................................................ 15

18. SIGNS ................................................................................................. 15

19. TIME .................................................................................................. 15

PDG01704

No damages or compensation or any kind shall be paid to a Contractor because of delays in the progress of work, whether such delays be avoidable or unavoidable that are not the responsibility of District. District's liability to Contractor for delays for which District is responsible shall be limited to an extension of time for delays unless such delays were unreasonable under the circumstances involved and were not within the contemplation of the parties when the contract was awarded. The Architect shall determine the actual costs to Contractor for which the Contractor may claim damages from District. Such costs, if any, shall be directly related to the project, and shall not include costs that would be borne by the Contractor in the regular course of business, including, but not limited to, office overhead and ongoing insurance costs. The District shall not be liable for any damages which the Contractor could have avoided by any reasonable means including, but not limited to, the judicious handling of forces, equipment or plant.

The granting of an extension of time because of unavoidable delays shall in no way operate as a waiver on the part of the District of the right to collect liquidated damages for other delays or of the right to collect other damages or of any other rights to which the District is entitled.

22.    LIQUIDATED DAMAGES

Should the Contractor fail to complete this Contract within the time fixed for completion, together with extensions granted by the District for unavoidable delays, Contractor shall become liable to the District in the amount specified in the Contract per calendar day for each day said Contract remains uncompleted beyond the time for completion, as and for liquidated damages and not as a penalty. Contractor shall not be charged with liquidated damages when the delay in completion of the work beyond this time for completion is due to acts of the District. It is expressly stipulated and agreed by Contractor and District that it would be impractical and extremely difficult to fix the actual amount of damages.

Any money due or to become due the Contractor may be retained to cover said liquidated damages. Should such money not be sufficient to cover said liquidated damages, the District shall have the right to recover the balance from the Contractor or Contractor's sureties, who will pay said balance forthwith.

Should the District authorize suspension of the work for any cause, the time work is suspended will be added to the time for completion. Suspension of the work by the District shall not be a waiver of the right to claim liquidated damages as set forth in this section.

23.    DISTRICT'S RIGHT TO STOP WORK; TERMINATE THE CONTRACT

a.    District's Right to Stop Work: In addition to or as an alternative to any and all other remedies available to the District, if the Contractor fails to correct work which is not performed in accordance with the Contract Documents, or if the Contractor

The above-described methods of determining the payment for work and materials shall not apply to the performance of any work or the furnishing of any material which, in the judgment of the District, may properly be classified under items for which prices are established in the Contract.

e.   Oral Modifications:  No oral statements of any person whomsoever shall in any manner or degree modify or otherwise affect the terms of the Contract.

29.   HOLD HARMLESS

Contractor shall indemnify, defend with counsel acceptable to District, and hold harmless to the full extent permitted by law, District and its Board of Trustees, officers, agents, employees and volunteers from and against any and all liability, loss, damage, claims, expenses and costs (including, without limitation, attorney fees and costs and fees of litigation) (collectively, "Liability") of every nature arising out of or in connection with Contractor's performance of the project or its failure to comply with any of its obligations contained in these contract documents, except such Liability caused by the active negligence, sole negligence or willful misconduct of the District.  Such indemnification shall extend to all claims, demands, or liabilities occurring after completion of the project as well as during the progress of the work.  Pursuant to California Public Contract Code Section 9201, District shall timely notify Contractor of receipt of any third-party claim relating to this project.

30.   WARRANTY OF TITLE

The Contractor shall warrant that title to all work, materials or equipment included in a request for payment shall pass over to the District whether or not they are installed or incorporated in the Project, free from any claims, liens or encumbrances, when such payment is made to the Contractor.  Contractor further warrants that no such work, materials or equipment have been purchased for work under the Contract subject to an agreement by which an interest therein or an encumbrance thereon is retained by the seller or supplier.

31.   USE OF COMPLETED PARTS OF THE WORK BEFORE ACCEPTANCE

Whenever the work or any part thereof is in a condition suitable for use, and the best interest of the District requires such use, the District may take possession of, connect to, open for public use, or use the work or a part thereof.  When so used, maintenance and repairs due to ordinary wear and tear or vandalism will be made at District's expense. The use by the District of the work or part thereof as contemplated in this section shall in no case be construed as constituting acceptance of the work or any part thereof.  Such use shall