BRADLEY G. TAYLOR, Esq.  (Pro Hac Vice)
WADE R. DANN, Esq. (Pro Hac Vice)
PEEL BRIMLEY, LLP
2014 East Madison Street, Suite 100
Seattle, Washington 98122
Phone: (206) 770-3339
Fax: (206) 770-3490
Email: btaylor@peelbrimley.com

DAVID ERICKSEN, Esq. (#153923)
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Phone: (415) 398-3344
Fax: (415) 956-0439

*Attorneys for Plaintiff Project
Development Group, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT DEVELOPMENT GROUP, INC., a Pennsylvania corporation, | CASE NO.:   CV 07-02987 WHA |
| Plaintiff, | NOTICE OF SETTLEMENT OF ALL CLAIMS BETWEEN ALL PARTIES |
| vs. | |
| SONOMA COUNTY JUNIOR COLLEGE DISTRICT, of the County of Sonoma, State of California, | |
| Defendant. | |

TO:    CLERK OF THE COURT

NOTICE IS HEREBY GIVEN that all claims and counterclaims against each party

in the above-captioned litigation have been resolved.  Immediately upon satisfaction of

all obligations under the settlement agreement, which should be completed with twenty

NOTICE OF SETTLEMENT – 1

1    days of this Notice, the parties will file a Stipulation and Order Dismissing All Claims

2    and Counterclaims for the Court's signature.

3

         DATED this _17_ day of December, 2007.

4

5    **PEEL BRIMLEY LLP**                    **SCHOOL AND COLLEGE LEGAL
                                             SERVICES OF CALIFORNIA**
6

7    _Bradley G. Taylor_                     _Patrick C. Wilson_

8    Bradley G. Taylor, Esq., Pro Hac Vice   Patrick C. Wilson, Esq.
     2014 East Madison Street, Suite 100     5350 Skylane Boulevard
9    Seattle, Washington 98122               Santa Rosa, California 95403
     Phone: (206) 770-3339                   Phone: (707) 524-2690
10   Attorneys for Plaintiff                 Attorneys for Defendant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT – 2