BRADLEY G. TAYLOR, Esq.  (Pro Hac Vice)
WADE R. DANN, Esq. (Pro Hac Vice)
PEEL BRIMLEY, LLP
2014 East Madison Street, Suite 100
Seattle, Washington 98122
Phone: (206) 770-3339
Fax: (206) 770-3490
Email: btaylor@peelbrimley.com

DAVID ERICKSEN, Esq. (#153923)
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Phone: (415) 398-3344
Fax: (415) 956-0439

*Attorneys for Project Development Group, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT DEVELOPMENT GROUP, INC., a Pennsylvania corporation,<br><br>　　Plaintiff/Counter-Defendant,<br><br>vs.<br><br>SONOMA COUNTY JUNIOR COLLEGE DISTRICT, of the County of Sonoma, State of California,<br><br>　　Defendant/Counter-Claimant. | CASE NO.:   CV 07-02987 WHA<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>[Clerk's Action Required] |

### STIPULATION

COME NOW the parties hereto, by and through their undersigned attorneys of record, and stipulate that all claims asserted herein, or which could have been asserted herein, by and between them have been resolved and settled satisfactorily, and that all said claims shall be dismissed with prejudice and without admission of liability, each party to bear their own costs, including attorney fees.

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE – 1

PEEL BRIMLEY LLP
ATTORNEYS AT LAW
2014 EAST MADISON STREET, SUITE 100
SEATTLE, WASHINGTON 98122-2965
(206) 770-3339

DATED this 18th day of December, 2007.

PEEL BRIMLEY LLP

*Bradley G. Taylor*

Bradley G. Taylor, Esq., Pro Hac Vice
2014 East Madison Street, Suite 100
Seattle, Washington 98122
Phone: (206) 770-3339
Attorneys for Plaintiff/Counter-Defendant

SCHOOL AND COLLEGE LEGAL SERVICES OF CALIFORNIA

*Patrick C. Wilson*

Patrick C. Wilson, Esq.
5350 Skylane Boulevard
Santa Rosa, California 95403
Phone: (707) 524-2690
Attorneys for Defendant/Counter-Claimant

## ORDER

THE COURT having considered the above stipulation for dismissal, and having reviewed the files and records herein and being fully advised, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims asserted herein, or which could have been asserted herein, by and between all parties hereto shall be, and the same are hereby dismissed with prejudice and without admission of liability, each party to bear their own costs, including attorney fees.

DATED this 19th day of December, 2007.

IT IS SO ORDERED
*Wm Alsup*
Judge William Alsup

_____
United States District Court Judge

PRESENTED BY:

PEEL BRIMLEY LLP

*Bradley G. Taylor*

Bradley G. Taylor, Esq., Pro Hac Vice
Attorneys for Project Development Group, Inc.

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE – 2

| | |
|---|---|
| 1 | COPY RECEIVED; APPROVED AS TO FORM; NOTICE OF PRESENTATION WAIVED: |
| 2 | |
| 3 | SCHOOL AND COLLEGE LEGAL SERVICES OF CALIFORNIA |
| 4 | |
| 5 | *[signature]* |
| 6 | Patrick C. Wilson, Esq.<br>5350 Skylane Boulevard<br>Santa Rosa, California 95403 |
| 7 | Phone: (707) 524-2690<br>Attorneys for Sonoma County Junior College District |
| 8 | |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE – 3

PEEL BRIMLEY LLP
ATTORNEYS AT LAW
2014 EAST MADISON STREET, SUITE 100
SEATTLE, WASHINGTON 98122-2965
(206) 770-3339